1   Law Offices
    **HINSHAW & CULBERTSON LLP**
2   3200 N. Central Avenue
    Suite 800
3   Phoenix, AZ 85012
    602-631-4400
4   602-631-4404
    vorze@hinshawlaw.com
5
    Victoria L. Orze (011413)
6   Attorneys for Defendant

7                    UNITED STATES DISTRICT COURT

8                       DISTRICT OF ARIZONA

9   Catina Johnson,                  )        No. CV09-01557-DKD
                                     )
10            Plaintiff,              )   **STIPULATION FOR DISMISSAL**
                                     )
11  vs.                              )
                                     )
12  Progressive Financial Services, Inc.,  )
                                     )
13            Defendant.             )

14        The parties, through undersigned counsel, stipulate to the dismissal of this matter,

15  on the merits, with prejudice, all parties to bear their own costs and attorneys' fees.

16        DATED this 7th day of December, 2009.

17                                       KROHN & MOSS, LTD.

18
                                         /s/ Victoria Orze for Ryan Lee
19                                       *with express authority*
                                         Ryan Lee
20                                       Attorneys for Plaintiff

21
                                         HINSHAW & CULBERTSON LLP
22

23                                        /s/ Victoria L. Orze
                                         Victoria L. Orze
24                                       Attorneys for Defendant

25

26

                                                       23033306v1 903251 71482

1

**CERTIFICATE OF SERVICE**

2

3

        I certify that on the 7th day of December, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

4

Ryan Lee
*rlee@consumerlawcenter.com*

5

Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401

6

Los Angeles, California  90025
Attorneys for Plaintiff

7

8

By     /s/ Anne Lockwood

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2