IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catina Johnson,<br><br>          Plaintiff,<br><br>vs.<br><br>Progressive Financial Services, Inc.,<br><br>          Defendant. | No.  CIV 09-1557-PHX-DKD<br><br>**ORDER** |

Pursuant to the parties' Stipulation for Dismissal (Doc. #20),

**IT IS HEREBY ORDERED** dismissing this matter with prejudice, all parties to bear their own costs and attorneys fees.

DATED this 9th day of December, 2009.

_____
David K. Duncan
United States Magistrate Judge